Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

# UNITED STATES DISTRICT COURT

2020 DEC -2 AM II: 27

for the

OFFICE OF THE CLERK

District of

Division

Case No. ___32 E-2019-00357___
*(to be filled in by the Clerk's Office)*

Amos Prayer, Gayetaye

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Jury Trial: *(check one)*   ☐ Yes   ☒ No

8:20cv500

-v-

Tyson Fresh Meats Inc.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

RECEIVED

DEC 2 - 2020

U.S. DISTRICT COURT

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name               _Amos Prayer, Gayetaye_
Address            _1406 Grandview Blvd_
                   _Siouxcity        IA        51103_
                     City            State       Zip Code
County             _Woodbury County_
Telephone Number   _402-508-6249_
E-Mail Address     _amjayenie@gmail.com_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                         _Tyson Fresh Meats, Inc._
Job or Title (if known)      _2200 Don Tyson Pkwy, CP422_
Address                      _Springdale_
                             _Springdale       AR       72762_
                               City            State      Zip Code
County                       _Dakota County_
Telephone Number             _479-290-7177_
E-Mail Address (if known)

☒ Individual capacity      ☐ Official capacity

Defendant No. 2

Name
Job or Title (if known)
Address
                               City            State      Zip Code
County
Telephone Number
E-Mail Address (if known)

☐ Individual capacity      ☐ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*I am Amos Prayer Gayetoye, This Defendant, deprived me from my right. It is very wrong and risky.*

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

The denfendant purposely deprived me from right of which I need to court for this denfendant to proof their alligation

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

This happend at the Tyson fresh meats, Inc. Dakota city NE.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

11/1/2018. approximately 7:30Pm

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The fact that happend to me in this case was wrongfully terminating me from my work. I didn't do anything. The Superiovor has problem with me for no reason. I askat Him to give me proof of what He is accusing for. He couldn't provid any good reason. The dispute between and Tyson fresh meats Inc. Today is because the Employe don't their Employes voice to be heard. But if God is willing my voice will be heard. they wrongfully terminated me from my job, because they got money so they will do whatever.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I Amos prayer Gayefaye, was accused by the Superior that I runed Him over with a forklift. but I didn't do drugs test, He got no safty record on this accusation. I was also accused for threatening Human. being life to kill them at the packing lot. They company Said they will produced photoes for this event. They can't produced any copy to my accusational charges for what they are terminating me from my Job. Let the law act. How can Forklift ran over person leg and the person came but to work the next day. There is no injury report. I was disrespected, let the human right proview.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want for Court to rule upon this case for the right to be placed to where the right belongs. This Defendant Has nothing against me.

Nebraska Equal opportunity Commission and EEOC Dismised my case for reason best Known to themself. but If fare ruling is in, this case the Defendant owing me apologise- for terminating me wrongfully from work, this resulting to me and my next generation are Struggling to make our day meals.

Page 5 of 6

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11/30/2020

Signature of Plaintiff    *Amos Prayer Gayetaye*

Printed Name of Plaintiff    Amos Prayer Gayetaye

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

| | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____

**FROM:**

Amos Gayepaye
1406 Grandview Blvd
Sioux City Ia 51103

 

U.S. POSTAGE PAID
FCM LG ENV
SIOUX CITY, IA
51101
NOV 30 20
AMOUNT
**$1.20**
R2305K133568-14

1000   68102

RECEIVED
DEC 2 - 2020
CLERK
U.S. DISTRICT COURT

**TO:**

Office of the Clerk
U.S District Court
111 S. 18th Plaza
Suite 1152
Omaha NE 68102

