IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMOS PRAYER GAYETAYE, | |
| Plaintiff, | **8:20CV500** |
| vs. | |
| TYSON FRESH MEATS, INC., Individual capacity, | **ORDER** |
| Defendant. | |

IT IS ORDERED that Plaintiff's second Motion for Leave to Proceed In Forma Pauperis (Filing 8) is denied as moot. Plaintiff was granted leave to proceed in forma pauperis in Filing 5.

Dated this 10th day of March, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge