IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMOS PRAYER GAYETAYE,<br><br>Plaintiff,<br><br>vs.<br><br>TYSON FRESH MEATS, INC.,<br><br>Defendant. | 8:20CV500<br><br>**MEMORANDUM<br>AND ORDER** |

On April 8, 2021, the court ordered Plaintiff to file a second amended complaint by May 10, 2021, or face dismissal of this action. (Filing 10.) To date, Plaintiff has not filed a second amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 13th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge